■ Denis Dillon, as District Attorney of Nassau County, Respondent, v Gary Woolnough, Appellant. [609 NYS2d 657] — In an action pursuant to CPLR article 13-A to declare a forfeiture of the proceeds of a crime, the defendant appeals from an order of the County Court, Nassau County (Winick, J.), dated August 9, 1989, which granted the plaintiff's application for an order of attachment and a temporary restraining order. The notice of appeal from a decision dated July 27, 1989, is deemed a premature notice of appeal from the order dated August 9, 1989 *(see,* CPLR 5520 [c]).

Ordered that the order is affirmed, with costs.

The hearing court properly found that there was a substantial probability that the plaintiff claiming authority would prevail on the issue of forfeiture, that without an order of attachment the assets seized from the defendant's drug-filled apartment—namely, $6,747.30 in small bills—would probably be dissipated, and that the need to attach the assets outweighed any potential hardship to the defendant *(see,* CPLR 1312 [3]; 1311 [1] [a]; *Morgenthau v Citisource, Inc.,* 68 NY2d 211; *Kuriansky v Natural Mold Shoe Corp.,* 133 Misc 2d 489, *amended on other grounds upon rearg* 136 Misc 2d 684). Lawrence, J. P., Joy, Friedmann and Krausman, JJ., concur.